# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY JOSEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 10-177 Erie |
| PRISON HEALTH SYSTEM, et al., | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 22nd day of April, 2010, and upon consideration of the Plaintiff, Leroy Josey's Objections to the Magistrate Judge's Order dated March 23, 2010 [Doc. No. 11], the Court enters the following Order:

On March 9, 2010, the Magistrate Judge entered an Order directing the U.S. Marshal to effectuate service on the named Defendants, with the Plaintiff providing "the full name and complete home address of each individual defendant." [Doc. No. 7]. On March 19, 2010, Plaintiff filed a motion to compel seeking the first names of the individual Defendants in order to effectuate service [Doc. No. 10]. The Magistrate Judge dismissed this motion without prejudice on March 23, 2010 on the ground that the Plaintiff "does not need the information in order to accomplish service of the complaint." [Doc. No. 11].

Plaintiff subsequently filed objections to the Magistrate Judge's March 23, 2010 Order on April 1, 2010 [Doc. No. 12], pointing to an inconsistency between the two Orders, but stating that he "agrees with Judge Baxter that the information is not needed to accomplish service" of the Complaint [Doc. No. 12 p. 2]. In light of the fact that the Plaintiff does not substantively object to the Magistrate Judge's Order, IT IS HEREBY ORDERED that his Objections are OVERRULED.

                                                                s/ Sean J. McLaughlin
                                                                United States District Judge

cc:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge